United States Bankruptcy Court
District of Massachusetts

```
In re:                                                              Case No. 18-30186-cjp
Stacey A DeBlase                                                    Chapter 7
Jon G DeBlase
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0101-3          User: admin              Page 1 of 2          Date Rcvd: Mar 26, 2018
                              Form ID: 309aauto        Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2018.
db/jdb         +Stacey A DeBlase,    Jon G DeBlase,    53 Gunn Road,    Southampton, MA 01073-9366
aty            +Denise M. Shear,    Rescia & Shear, LLP,    5104A Bigelow Commons,    Enfield, CT 06082-3396
smg             MASS DEPT OF REVENUE,    BANKRUPTCY UNIT,    PO BOX 9564,    Boston, MA 02114-9564
20086073       +CBNA,   Citicorp Cr Srvs/Centralized Bankruptcy,    Attn: Barbara Desoer, CEO,    Po Box 790040,
                 S Louis, MO 63179-0040
20086072        Capital One/Best Buy,    Attention:Richard Fairbank, CEO,    265525 N Riverwoods Boulevard,
                 Lake Forest, IL 60045
20086079        Home Depot Credit Srvices,    Attention: President, CEO, etc,    P.O. Box 90001010,
                 Louisville, KY 40290
20086081       +Kia Motors Finance,    Attention: President, CEO, etc.,    4000 MacArthur Blvd Ste,
                 Newport Beach, CA 92660-2558
20086083       +PennyMac,    Attn: Stanford Kurland, CEO,    P.O. Box 514387,    Los Angeles, CA 90051-4387
20086084       +Secretary of Housing and Urban Developme,    451 Seventh Ave NW,    Washington, DC 20410-0001
20086088       +US Attorney General,    950 Pennsylvania Avenue NW,    Washington, DC 20530-0009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: BSWEISS.COM Mar 27 2018 04:18:00      Steven Weiss,    1441 Main Street,    Suite 1100,
                 Springfield, MA 01103-1450
smg            +E-mail/Text: duabankruptcy@detma.org Mar 27 2018 00:22:34      CHIEF COUNSEL, LEGAL DEPARTMENT,
                 DEPARTMENT OF UNEMPLOYMENT ASSISTANCE,    COMMONWEALTH OF MASSACHUSETTS,
                 19 STANIFORD STREET,1ST FLOOR,    Boston, MA 02114-2502
ust            +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Mar 27 2018 00:22:32       Richard King,
                 Office of the U. S. Trustee,    446 Main Street,    14th Floor,    Worcester, MA 01608-2361
20086067       +EDI: AMEREXPR.COM Mar 27 2018 04:18:00      American Express,    Attn: Joseph Squeri, CEO,
                 PO Box 297871,    Fort Lauderdale, FL 33329-7871
20086069        EDI: BANKAMER.COM Mar 27 2018 04:18:00      Bank of America,    Attention: Brian Moynihan, CEO,
                 PO Box 982238,    El Paso, TX 79998
20086068        EDI: BANKAMER.COM Mar 27 2018 04:18:00      Bank of America,    Attention: Brian Moynihan, CEO,
                 4161 Piedmont Pkwy,    Greensboro, NC 27410
20086070       +EDI: TSYS2.COM Mar 27 2018 04:18:00      Barclays Bank Delaware,    Attention: Curt Hess, CEO,
                 PO Box 8803,    Wilmington, DE 19899-8803
20086071        EDI: CAPITALONE.COM Mar 27 2018 04:18:00      Capital One,    Attention: Richard Fairbank, CEO,
                 1500 Capital One Drive,    Henrico, VA 23238
20086074       +EDI: CHASE.COM Mar 27 2018 04:18:00      Chase,    Attention: Jamie Dimon, CEO, etc.,
                 PO Box 15298,    Wilmington, DE 19886-5298
20086075       +EDI: CHASE.COM Mar 27 2018 04:18:00      Chase Card Services,    Attention: Jamie Dimon, CEO,
                 Po Box 15278,    Wilmington, DE 19850-5278
20086076       +EDI: CHASE.COM Mar 27 2018 04:18:00      Chase Card Services,    Attention: Jamie Dimon, CEO,
                 Po Box 15298,    Wilmington, DE 19850-5298
20086077       +EDI: CITICORP.COM Mar 27 2018 04:18:00      Citi,    Attention: Barbara Desoer, CEO,
                 PO Box 6241,    Sioux Falls, SD 57117-6241
20086078       +EDI: DISCOVER.COM Mar 27 2018 04:18:00      Discover Financial,    Attn: Roger Hochschild, Pres.,
                 Po Box 3025,    New Albany, OH 43054-3025
20086080       +EDI: IRS.COM Mar 27 2018 04:18:00      Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
20086082        E-mail/Text: camanagement@mtb.com Mar 27 2018 00:22:29      M&T Bank,
                 Attention: President, CEO, etc.,    PO Box 7678,    Buffalo, NY 14240
20086085       +EDI: RMSC.COM Mar 27 2018 04:18:00      Synchrony Bank/Dick’s Sporting Goods,
                 Attention: Rene Jones, CEO,    P.O. Box 965060,    Orlando, FL 32896-5060
20086086       +EDI: WTRRNBANK.COM Mar 27 2018 04:18:00      TD Bank/Target Credit,
                 Attention: Gregory Braca CEO,    PO Box 673,    Minneapolis, MN 55440-0673
20086087       +E-mail/Text: usama.bankruptcy@usdoj.gov Mar 27 2018 00:22:57       US Attorney for District of MA,
                 Civil Process Clerk,    John J. Moakley US Federal Courthouse,    1 Courthouse Way, Suite 9200,
                 Boston, MA 02210-3011
                                                                                                TOTAL: 18

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0101-3          User: admin              Page 2 of 2            Date Rcvd: Mar 26, 2018
                              Form ID: 309aauto        Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2018 at the address(es) listed below:
              Denise M. Shear    on behalf of Joint Debtor Jon G DeBlase denise@ctmalaw.com,
               jenn@ctmalaw.com;madison@ctmalaw.com
              Denise M. Shear    on behalf of Debtor Stacey A DeBlase denise@ctmalaw.com,
               jenn@ctmalaw.com;madison@ctmalaw.com
              Richard   King    USTPRegion01.WO.ECF@USDOJ.GOV
              Steven   Weiss    sweiss@ssfpc.com, MA11@ecfcbis.com;astephan@ssfpc.com
                                                                                              TOTAL: 4
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Stacey A DeBlase**<br>First Name    Middle Name    Last Name | Social Security number or ITIN  **xxx–xx–8979**<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Jon G DeBlase**<br>First Name    Middle Name    Last Name | Social Security number or ITIN  **xxx–xx–6380**<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of Massachusetts** | Date case filed for chapter  **7**   **3/20/18** |
| Case number: | **18–30186** | |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

**To protect your rights, you may wish to consult an attorney.** All documents filed in the case may be inspected through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other document in the case.** Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Stacey A DeBlase | Jon G DeBlase |
| 2. | **All other names used in the last 8 years** | fka Stacey A. Laliberte | |
| 3. | **Address** | 53 Gunn Road<br>Southampton, MA 01073 | 53 Gunn Road<br>Southampton, MA 01073 |
| 4. | **Debtor's attorney**<br>Name and address | Denise M. Shear<br>Rescia & Shear, LLP<br>5104A Bigelow Commons<br>Enfield, CT 06082 | Contact phone 413–930–4000<br><br>Email:  denise@ctmalaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Steven Weiss<br>1441 Main Street<br>Suite 1100<br>Springfield, MA 01103 | Contact phone (413) 737–1131<br><br>Email:  sweiss@ssfpc.com |

**For more information, see page 2>**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case**                                                                 page 1

Debtor **Stacey A DeBlase** and **Jon G DeBlase**        Case number **18–30186 –cjp**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>300 State Street, Suite 220<br>Springfield, MA 01105 | Hours open: Monday–Friday 8:30am–5:00pm<br><br>Contact phone 413–785–6900<br><br>Date: 3/26/18 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 17, 2018 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**1350 Main Street, Suite 1112, Springfield, MA 01103** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>Papers and any required fee must be received by the bankruptcy clerk's office **no later than 4:30 PM (Eastern Time)** by the deadlines listed. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br><br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br><br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/18/18** |
| | | **Deadline to object to exemptions:**<br><br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Deadline to file §503(b)(9) requests:** | Requests under Bankruptcy Code §503(b)(9)(goods sold within twenty(20) days of bankruptcy) must be filed in the Bankruptcy Clerk's office. | **Filing deadline:** 60 days from the first date set for the meeting of creditors |
| **11.** | **Proof of claim** | For holder(s) of a claim secured by a security interest in the debtor's principal residence, pursuant to Rule 3002(c)7(A): | **Filing deadline:** 70 days from the Filing Date of the Petition |
| | | For creditors other than those holding a *Claim Secured by a Security Interest in the Debtor's Principal Residence:* A date has not been set yet. No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |

**For more information, see page 3>**

Debtor  **Stacey A DeBlase**  and  **Jon G DeBlase**        Case number **18–30186 –cjp**

| | |
|---|---|
| **12. Discharge of Debts** | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) or that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2),(4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on line 9 of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| **13. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **14. Financial Management Training Program Deadline for the Debtor** | **Deadline for debtor to attend a financial management training program approved by the United States Trustee: Sixty (60) days from the first date set for the meeting of creditors.** The discharge will not enter if the debtor fails to attend a financial management–training program approved by the United States Trustee or if the debtor attends such training and fails to file a certificate of completion with the U.S. Bankruptcy Court. The training is in addition to the pre–bankruptcy counseling requirement. A list of approved courses may be obtained from the United States Trustee or from the court's website at  www.mab.uscourts.gov. |
| **15. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **16. Abandonment of Estate Property** | Notice is hereby given that any creditor or other interested party who wishes to receive notice of the estate representative's intention to abandon property of the estate pursuant to 11 U.S.C. §554(a) must file with the Court and serve upon the estate representative and the United States trustee a written request for such notice within fourteen (14) days from the date first scheduled for the meeting of creditors. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case**        page **3**